DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**M.M.**, the mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES,** and
**GUARDIAN AD LITEM PROGRAM,**
Appellees.

No. 4D17-2869

[December 18, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael C. Heisey, Judge; L.T. Case No. 562017DP000096.

Antony P. Ryan, Regional Counsel, and Richard G. Bartmon, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

Marynelle Hardee, Guardian ad Litem Program, Gainesville, and David P. Krupski, Guardian ad Litem Program, Sanford, for appellee Guardian ad Litem Program.

Melissa Kay Cline, Department of Children & Families, Children's Legal Services, Vero Beach, and Kelley Schaeffer, Department of Children & Families, Children's Legal Services, for appellee Department of Children and Families.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***